## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**RICARDO CLEO PRUETT, JR.,**

    **Plaintiff,**

  **v.**                                **Case No. 26-CV-266**

**ARKMARK COMMISSARY STAFF*, et al.,***

    **Defendants.**

## REPORT AND RECOMMENDATION

On February 18, 2026, Ricardo Cleo Pruett, Jr., who is incarcerated and representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. (ECF No. 1.) He also moved to proceed without prepayment of the filing fee. (ECF No. 2.)

On February 19, 2026, the clerk of court's office sent Pruett a letter requesting he either pay the full filing fee or file a certified copy of his trust account statement covering the six-month period preceding the filing of his complaint and file a consent/refusal form for magistrate judge jurisdiction by March 12, 2026. (ECF No. 3.) On April 10, 2026, because Pruett had not responded, the clerk of court's office sent another letter requesting he either pay the full filing fee or file a certified copy of his trust account statement covering the six-month period preceding the filing of his complaint and file a consent/refusal form for magistrate judge jurisdiction. (ECF No. 4.) However, the letter did not contain a due date.

As such, on June 1, 2026, the court entered an order directing Pruett to, by June 29, 2026, (1) pay the full $405 filing fee; *or* (2) provide the court with a certified copy of his trust account statement covering the six-month period preceding the filing of his complaint; *or* (3) explain to the court why he is unable to provide the requested information. (ECF No. 5.) On June 3, 2026, the Milwaukee County Office of the Sheriff filed a letter indicating that Pruett was no longer incarcerated at the Milwaukee County Jail but was now located at Dodge Correctional Institution. (ECF No. 6.) The clerk of court's office remailed the order to his new address on June 5, 2026.

The June 29, 2026, deadline has passed, and the court has not heard from Pruett. Because Pruett has not consented to magistrate judge jurisdiction, the court will recommend this case be dismissed for failing to pay the filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that Pruett's complaint (ECF No. 1) be **DISMISSED without prejudice**.

**IT IS FURTHER RECOMMENDED** that, pursuant to 28 U.S.C. §1915(b)(1), Pruett must pay the $350 statutory filing fee. Accordingly, the agency having custody of Pruett shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Pruett's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Pruett is

2

transferred to another institution, the transferring institution shall forward a copy of this Order along with Pruett's remaining balance to the receiving institution.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated in Milwaukee, Wisconsin this 20th day of July, 2026.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

.

Case 2:26-cv-00266-LA    Filed 07/21/26    Page 3 of 3    Document 8